**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | | |
|---|---|---|
| **B&S WRECKER SERVICES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **NATIONAL LIABILITY & FIRE** | § | **Case No. _____** |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**INDEX OF STATE COURT PLEADINGS AND FILING DATES**

| TAB | DOCUMENT | DATE |
|---|---|---|
| 1. | State Court Docket Sheet – Register of Actions, 42nd Judicial District Court, Cause No. 52074-A | 1/15/2025 |
| 2. | Plaintiff's Original Petition | 12/05/2024 |
| 3. | Request for Issuance of Citation | 12/05/2024 |
| 4. | Citation – National Liability & Fire Insurance Company | 12/05/2024 |
| 5. | Citation - National Liability & Fire Insurance Company | 12/05/2024 |
| 6. | Request – Letter to court requesting documents | 01/14/2025 |
| 7. | Defendant National Liability & Fire Insurance Company's Original Answer | 01/24/2025 |

# TAB NO. 1

Case 1:25-cv-00017-H    Document 1-3    Filed 01/30/25    Page 3 of 33    PageID 13

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back            Location : All District Courts    Images  Help

# REGISTER OF ACTIONS
## CASE NO. 52074-A

| | | | |
|---|---|---|---|
| **B&S Wrecker Services, LLC vs. National Liability & Fire Insurance Company** | § § § § § | Case Type: | **Contract: Other** |
| | | Date Filed: | **12/05/2024** |
| | | Location: | **42nd District Court** |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | National Liability & Fire Insurance Company | |
| | | |
| Plaintiff | B&S Wrecker Services, LLC | Frederick Dunbar<br>*Retained*<br>325-455-1889(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 12/05/2024 | Original Petition |
| 12/05/2024 | Request |
| 12/05/2024 | Citation |
| | *National Liability & Fire Insurance Company/Envelope # 94983141/Envelope # 95445220* |
| 12/05/2024 | Citation |
| | National Liability & Fire Insurance Company          Unserved |
| 01/14/2025 | Request |
| | *Letter to court requesting documents.* |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Defendant** National Liability & Fire Insurance Company | | | |
| | Total Financial Assessment | | | 1.00 |
| | Total Payments and Credits | | | 1.00 |
| | **Balance Due as of 01/22/2025** | | | **0.00** |
| 01/14/2025 | Transaction Assessment | | | 1.00 |
| 01/14/2025 | E-File Payment | Receipt # DC-370157 | National Liability & Fire Insurance Company | (1.00) |
| | | | | |
| | **Plaintiff** B&S Wrecker Services, LLC | | | |
| | Total Financial Assessment | | | 358.00 |
| | Total Payments and Credits | | | 358.00 |
| | **Balance Due as of 01/22/2025** | | | **0.00** |
| 12/05/2024 | Transaction Assessment | | | 350.00 |
| 12/05/2024 | E-File Payment | Receipt # DC-369000 | B&S Wrecker Services, LLC | (213.00) |
| 12/05/2024 | State Credit | | | (137.00) |
| 12/05/2024 | Transaction Assessment | | | 8.00 |
| 12/05/2024 | E-File Payment | Receipt # DC-369007 | B&S Wrecker Services, LLC | (8.00) |

# TAB NO. 2

Filed 12/5/2024 11:02 AM
Accepted: 12/5/2024 11:17 AM
Tammy Robinson
District Clerk
Taylor County, Texas
Monica Mendoza

CAUSE NO. _____ 52074-A



| B&S WRECKER SERVICES, LLC | § | Taylor County - 42nd District Court |
| *Plaintiff,* | § | _____ DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| | § | IN AND FOR |
| | § | |
| | § | |
| | § | |
| | § | |
| NATIONAL LIABILITY & FIRE | § | |
| INSURANCE COMPANY | § | |
| *Defendant.* | § | TAYLOR COUNTY TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes B&S Wrecker Services, LLC (the "Plaintiff") complaining of and about National Liability & Fire Insurance Company, and for cause of action shows unto the Court the following:

### I. DISCOVERY CONTROL PLAN

Plaintiff intends that discovery be conducted under Discovery Level 3.

### II. PARTIES

Plaintiff B&S Wrecker Services, LLC is a domestic entity doing business in Taylor County, Texas.

Defendant National Liability & Fire Insurance Company is a foreign insurance company. Defendant may be served with citation directed to its agent for service, **Corporation Service**

Company d/b/a CSC-Lawyers Incorporation Service Company at 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

### III. JURISDICTION AND VENUE

The subject matter in controversy is in excess of the minimum jurisdictional limits of this Court.

This court has jurisdiction over the Defendant because the coverage was sold to Plaintiff by Defendant to cover its property in Texas.

Venue is proper in this County because the covered loss happened in this County.

### IV. FACTS

At all material times, Plaintiff possessed coverage with National Liability & Fire Insurance Company for a 2014 Dodge tow truck VIN number 3C7WRSCL1EG113348, under policy number 73TRR252828.

On or about January 9, 2023, Sherry Davis was operating the insured vehicle as an employee of Plaintiff. She was heading west on Interstate 20 to collect a vehicle in Sweetwater using the subject Dodge tow truck. The vehicle hit debris on the road on or near Trent, Taylor County Texas. The resultant oil leak occasioned by damage from the debris occasioned severe damage to the engine of the vehicle.

National Liability & Fire Insurance was timely notified of this loss. Rather than properly evaluate this loss, National Liability & Fire Insurance denied the claim.

### V. CAUSES OF ACTION

### BREACH OF CONTRACT

Plaintiff has timely and properly notified Defendant of the occurrence described above. Plaintiff has fully complied with all of the conditions of said insurance policy prior to the bringing of this suit.  All conditions precedent have been performed or have occurred.  As such, Plaintiff is fully entitled to the benefits allowed under the insurance policy. Nevertheless, Defendant has failed and refused, and still fails and refuses, to pay Plaintiff the benefits under this policy as they are contractually required to do and to which Plaintiff is entitled.

Accordingly, Defendant is liable for breach of contract.

The reasonable and customary cost from to repair the damage to the subject vehicle is $25,394.81. B&S has lost income averaging $350 per day to present that this truck has been in disuse due to covered loss. B&S sues to recover these actual economic damages.

## VI. VIOLATIONS OF THE PROMPT PAYMENT OF CLAIMS ACT

Plaintiff re-alleges and incorporates by reference all previous and subsequent paragraphs herein.

Pursuant to Section 542.058 of the Texas Insurance Code, if an insurer, after receiving all items, statements, and forms reasonably requested and required under Section 542.055, delays payment of the claim for a period exceeding the period specified by other applicable statutes or, if other statutes do not specify a period, for more than 60 days, the insurer shall pay damages and other items as provided by Section 542.060. In addition to the amount of Plaintiff's claim for actual damages, Plaintiff seeks interest on the amount of the claim in the amount of five percent per annum on top of that that prescribed in Section 304.003, Finance Code, together with reasonable attorney's fees.

## VII. BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

Plaintiff re-alleges and incorporates by reference all previous and subsequent paragraphs herein.

At all relevant times, Defendant owed Plaintiff an implied covenant of good faith and fair dealing.

Defendant breached their implied covenant of good faith and fair dealing when it failed and refused to pay Plaintiff any benefits the policy as they are contractually required to do.

As a direct and proximate result of Defendant's breaches of the implied covenant of good faith and fair dealing, Plaintiff suffered monetary damages in an amount to be determined at trial.

## VIII. VIOLATIONS OF THE UNFAIR CLAIM SETTLEMENT ACT

Defendant further violated the Tex. Ins. Code §541.060 and §542.003 in that Defendant failed to attempt in good faith to effect a prompt, fair and equitable settlement of Plaintiff's insurance claims. Defendant further violated this act by compelling Plaintiff to instigate litigation by wrongfully denying coverage and by failing and refusing to make an offer of fair compensation.

## IX. EXEMPLARY DAMAGES

Plaintiff would further show that the acts and omissions of Defendant complained of herein constitute gross negligence and that the same was done, or failed to be done, in a manner which demonstrated conscious, heedless and reckless disregard for the rights welfare and safety of the Plaintiff and others similarly situated. Defendant's acts or omissions described above, when viewed from the standpoint of Defendant at the time of the acts or omissions, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others. Defendant had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others. In order to punish said Defendant and to deter such actions and/or omissions in

the future, Plaintiff also seeks recovery from Defendant for exemplary damages as provided by Section 41.003(a) of the Texas Civil Practice and Remedies Code.

The above-mentioned acts constitute fraud on the part of Defendant. As a proximate result of the tortious conduct of the Defendant, Plaintiff was damaged in that he suffered not only the loss of those sums due and owing under the policy, but also incurred unnecessary attorney fees and expenses. The conduct of the Defendant was malicious or fraudulent so as to entitle Plaintiff to an award of exemplary damages in an amount to be determined by the trier of fact. The above-mentioned acts constitute fraud on the part of Defendant, and therefore, the Plaintiff is entitled to exemplary damages pursuant to common law and statutory law.

## X. ATTORNEYS' FEES CLAIM AGAINST DEFENDANT

It was necessary for Plaintiff to retain the services of the undersigned counsel for the prosecution and collection of the claims. Therefore, Plaintiff is entitled to recover, pursuant to Section 542.060 of the Texas Insurance Code, the additional sum of simple interest in the amount of five percent per annum on top of that that prescribed in Section 304.003, Finance Code. Pursuant to Section 542A.007 of the Texas Insurance Code, Plaintiff seeks a reasonable sum for the necessary services of Plaintiff's attorneys in the preparation and trial of this action, including any appeals to the Court of Appeals or the Supreme Court of Texas. In addition, request is made for all costs and reasonable and necessary attorney's fees incurred by or on behalf of Plaintiff herein, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just, as provided by all applicable law, specifically including, but not limited to the following: (a) Chapter 37 of the Texas Civil Practice and Remedies Code; (b) Chapter 38 of the Texas Civil Practice and Remedies Code; and (b) common law.

## XI. RANGE OF DAMAGES SOUGHT

Plaintiff seeks total damages between $250,000,00 and $1,000,000.00.

## XII. PRE-JUDGMENT & POST JUDGMENT INTEREST

Plaintiff further alleges that he is entitled to recover pre-judgment and post- judgment interest at the maximum legal rate as provided for by law.

By reason of all of the above and foregoing elements, Plaintiff has suffered losses and damages in a sum in excess of the minimum jurisdictional limits of this Court and for which Plaintiff hereby sues said Defendant.

## XIII. CONDITIONS PRECEDENT

All conditions precedent have been performed or have occurred.

## XIV. JURY DEMAND

Plaintiff demands a trial by jury.

## XV. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays for the following:

A.    That Defendant be cited to appear herein;

B.    That after trial on the merits, the Honorable Court enters judgment against Defendant in favor of Plaintiff for actual damages, consequential damages, incidental damages, compensatory damages, mental anguish damages, punitive damages, attorneys' fees, costs of court, and expenses of the lawsuit, pre-judgment interest, and post-judgment interest, as allowed by law or as plead herein; and

C.    For all such further and additional relief to which Plaintiff is justly entitled at law and in equity.

Respectfully Submitted,

/s/Rick Dunbar
FREDERICK DUNBAR
Texas Bar No. 24025336

7242 Buffalo Gap Road
Abilene, Texas 79606
Telephone: 325/428.9450
Facsimile: 325/455.1912
Rickdunbar2013@gmail.com

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

# TAB NO. 3

Filed 12/5/2024 11:35 AM
Accepted 12/5/2024 11:47 AM
Tammy Robinson
District Clerk
Taylor County, Texas
Monica Mendoza

# Request for Issuance Form

Date:<u>12-5-2024</u>                                    Payment:_____

Cause Number:

Style of Case: *B&S Wrecker Services, LLC v. National Liability & Fire Insurance Company*

PLEASE ISSUE:

___x___ Citation (Personal Service)                    Indicate what to serve with Issuance

_____ Citation by Certified Mail                      <u>Petition</u>

_____ Citation and Temporary Restraining Order

_____ Citation and Notice of Hearing

_____ Notice of Hearing                               Indicate who to serve with Issuance

_____ Notice of Hearing for Protective Order          *National Liability & Fire Insurance Company*

_____ Writ of Habeas Corpus/Attachment

_____ Citation by Posting /Publication (specify)

_____ Notice of Expunction

_____ Abstract of Judgment      _____ Execution (circle) 30, 60, 90 days

_____ Other

Send to Issuance to:

_____ Sheriff of Taylor County
_____ Constable of Taylor County
_____ Certified Mail Service
___x___ Return to Attorney
        Name of Attorney: <u>rickdunbar2013@gmail.com</u>
_____ Private Process Server
        Name of Server: _____
_____ Other Please Specify

/s/Rick Dunbar
_____
Signature of Attorney or Person Requesting Issuance

# TAB NO. 4



# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Sarah Starkey (SOP) only<br>National Indemnity Company<br>1314 Douglas St<br>Ste 1400<br>Omaha, NE 68102-1944 |
| **Electronic copy provided to:** | Luke Henkenius<br>Beck Lane<br>Angie Riviera<br>Sarah Starkey<br>Heather Koch<br>Mary Beth Hansen |

| | |
|---|---|
| **Entity:** | National Liability & Fire Insurance Company<br>Entity ID Number  2297967 |
| **Entity Served:** | National Liability & Fire Insurance Company |
| **Title of Action:** | B&S Wrecker Services, LLC vs. National Liability & Fire Insurance Company |
| **Matter Name/ID:** | B&S Wrecker Services, LLC vs. National Liability & Fire Insurance Company (16705468) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Taylor County District Court, TX |
| **Case/Reference No:** | 52074-A |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 01/02/2025 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Frederick Dunbar<br>325-428-9450 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

# THE STATE OF TEXAS
## Case No. 52074-A

**NOTICE TO DEFENDANT: "The citation shall include the following notice to the defendant: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

**TO: National Liability & Fire Insurance Company**

**Defendant, GREETINGS:**

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 42nd District Court of Taylor County, Texas, at the Courthouse of said County in Abilene, Texas.

Said Plaintiff's Petition was filed in said Court, by Frederick Dunbar, 7242 Buffalo Gap Rd Abilene TX 79606 on December 05, 2024 in this case, numbered **52074-A** on the docket of said court, and styled,

**B&S WRECKER SERVICES, LLC VS. NATIONAL LIABILITY & FIRE INSURANCE COMPANY**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

Issued and given under my hand and the seal of said Court at Abilene, Texas, on this the 5th day of December, 2024.

Attached Per Request of Attorney:    Plaintiff's Original Petition

Clerk's Name and Address:
Tammy Robinson, District Clerk
Taylor County Courthouse
Suite 400
Abilene, Texas 79602

By: _____, Deputy
            Monica Mendoza

**RETURN OF SERVICE**

52074-A    42nd District Court
B&S Wrecker Services, LLC vs. National Liability & Fire Insurance Company
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the
_____ day of _____, 20____.

_____, Officer

_____County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**

## National Liability & Fire Insurance Company

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20____, at _____, o'clock _____.m., and
executed in _____ County, Texas by delivering to each of the within named defendants in
person, a true copy of this Citation with the date of delivery endorsed thereon, together with the
accompanying copy of the Plaintiff's Original Petition at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**
Serving Petition and Copy $_____
Total                $_____

_____, Officer
_____County, Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE
COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation
shall sign the return. The signature is not required to be verified. If the return is signed by a person other
than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under
penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my
address is _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of
_____.

_____
Declarant/Authorized Process Server

_____
(Id # & expiration of certification)



**Retail**



UNITED STATES
POSTAL SERVICE®

78701

**RDC 99**

U.S. POSTAGE PAID
FCM LG ENV
ABILENE, TX 79605
DEC 24, 2024

**$10.99**

S2324K502196-18



9589 0710 5270 2334 8662 12

Corporation Service Company
d/b/a CSC - Lawyers Incorporation Service Compa
211 E. 7th St. Ste 620
Austin, TX 78701-3218

810 S. 3rd
Abilene, Tx Plaza

RETURN RECEIPT
REQUESTED

# TAB NO. 5

# THE STATE OF TEXAS
## Case No. 52074-A

**NOTICE TO DEFENDANT: "The citation shall include the following notice to the defendant: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

**TO: National Liability & Fire Insurance Company**

**Defendant, GREETINGS:**

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 42nd District Court of Taylor County, Texas, at the Courthouse of said County in Abilene, Texas.

Said Plaintiff's Petition was filed in said Court, by Frederick Dunbar, 7242 Buffalo Gap Rd Abilene TX 79606 on December 05, 2024 in this case, numbered **52074-A** on the docket of said court, and styled,

**B&S WRECKER SERVICES, LLC VS. NATIONAL LIABILITY & FIRE INSURANCE COMPANY**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

Issued and given under my hand and the seal of said Court at Abilene, Texas, on this the 5th day of December, 2024.

Attached Per Request of Attorney:    Plaintiff's Original Petition

Clerk's Name and Address:
Tammy Robinson, District Clerk
Taylor County Courthouse
Suite 400
Abilene, Texas 79602

By: _____, Deputy
                Monica Mendoza

**RETURN OF SERVICE**

52074-A      42nd District Court
B&S Wrecker Services, LLC vs. National Liability & Fire Insurance Company
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the
_____ day of _____, 20____.

_____, Officer

_____County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**
## National Liability & Fire Insurance Company
### OFFICER'S RETURN
Came to hand on the _____ day of _____, 20____, at _____, o'clock _____.m., and
executed in _____ County, Texas by delivering to each of the within named defendants in
person, a true copy of this Citation with the date of delivery endorsed thereon, together with the
accompanying copy of the Plaintiff's Original Petition at the following times and places, to-wit:
**Name          Date/Time          Place, Course and Distance from Courthouse**
_____   _____   _____

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:
_____

and the cause or failure to execute this process is:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
Serving Petition and Copy $_____
Total                            $_____

_____, Officer
_____County, Texas

By: _____, Deputy

_____
                    Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE
COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation
shall sign the return. The signature is not required to be verified. If the return is signed by a person other
than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under
penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my
address is _____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of
_____.

_____
Declarant/Authorized Process Server

_____
(Id # & expiration of certification)

# TAB NO. 6

Filed 1/14/2025 4:51 PM
Accepted 1/14/2025 4:56 PM
Tammy Robinson
District Clerk
Taylor County, Texas
Monica  Mendoza



**Cooper Scully**
*A Professional Corporation*

**ELLIOTT T. COOPER**

214-712-9552
Elliott.Cooper@cooperscully.com

January 14, 2025

<u>**VIA EFILE:**</u>

Taylor County District Clerk's Office
300 Oak Street
Abilene, TX 79602

Re:     Cause No. 52074-A; *B&S Wrecker Services, LLC, Plaintiff v. National Liability &
Fire Insurance Company, Defendant;* In the 42nd Judicial District Court, Taylor
County, Texas.
Our File No.   2852-30060

<u>**RECORDS REQUEST**</u>

Dear Clerk:

Please allow this correspondence as my request for a copy of the Docket, and filings
regarding the above-referenced cause.  Payment of the fee for the copy is made electronically
with this filing.

Please return the copies to:  elliott.cooper@cooperscully.com.

Thank you for your assistance in this matter.

Regards,

Elliott T. Cooper

ETC/gc

Founders Square  900 Jackson Street, Suite 100 Dallas, TX  75202
Telephone (214) 712-9500    Fax (214) 712-9540
www.cooperscully.com

Houston Office (713) 236-6800          San Francisco Office (415) 956-9700          Sherman Office (903) 813-3900
D/1050260v1

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gina Cox on behalf of Elliott Cooper
Bar No. 24069534
gina.cox@cooperscully.com
Envelope ID: 96221257
Filing Code Description: Request
Filing Description: Letter to court requesting documents.
Status as of 1/14/2025 4:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Frederick Dunbar | 24025336 | Rickdunbar2013@gmail.com | 1/14/2025 4:51:46 PM | SENT |
| R. BrentCooper | | brent.cooper@cooperscully.com | 1/14/2025 4:51:46 PM | SENT |
| Elliott Cooper | | elliott.cooper@cooperscully.com | 1/14/2025 4:51:46 PM | SENT |
| Gina Cox | | gina.cox@cooperscully.com | 1/14/2025 4:51:46 PM | SENT |

# TAB NO. 7

Filed 1/24/2025 11:44 AM
Accepted 1/24/2025 1:11 PM
Tammy Robinson
District Clerk
Taylor County, Texas
Monica Mendoza

**CAUSE NO. 52074-A**

| | | |
|---|---|---|
| **B&S WRECKER SERVICES, LLC,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **42ND JUDICIAL DISTRICT** |
| | § | |
| **NATIONAL LIABILITY & FIRE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | **TAYLOR COUNTY, TEXAS** |

---

## DEFENDANT NATIONAL LIABILITY & FIRE INSURANCE COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW,** NATIONAL LIABILITY & FIRE INSURANCE COMPANY, Defendant in the above-entitled and numbered cause, and file this their Original Answer to Plaintiff's Original Petition, and for such would respectfully show the Court as follows:

### I.

### GENERAL DENIAL

Defendant National Liability & Fire Insurance Company, generally denies each and every allegation, both singular and plural, averred in Plaintiff's Original Petition and every amendment or supplement thereto, and demand strict proof thereof by a preponderance of evidence pursuant to Rule 92 of the Texas Rules of Civil Procedure.

### II.

### AFFIRMATIVE DEFENSES

**A.    Defendant Complied With All Conditions Precedent**

Defendant National Liability & Fire Insurance Company affirmatively states that it satisfied all contractual obligations to Plaintiff and has properly complied with the policy terms,

---

conditions, duties, and limitations of coverage. National Liability & Fire Insurance Company specifically denies that it breached any terms or conditions of the subject policy with Plaintiff.

## B.    <u>Failure of Policy Conditions Precedent</u>

Plaintiff failed to comply with all conditions precedent to coverage under the subject policy pursuant to which the insurance claim made the basis of this action has been presented. Plaintiff failed to present and prove a covered claim under the National Liability & Fire Insurance Company policy and has failed to segregate covered from non-covered damages.

## C.    <u>Policy Terms Preclude or Limit Coverage</u>

The incident alleged by Plaintiff is either not covered by the applicable terms of the National Liability & Fire Insurance Company policy or is otherwise excluded from coverage. Specifically, the following terms apply to preclude coverage:

**SECTION II – LIABILITY COVERAGE**

***

**B. Exclusions**

This insurance does not apply to any of the following:

***

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

***

**SECTION III – PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

    **a. Comprehensive Coverage**

       From any cause except:

       (1) The covered "auto's" collision with another object; or

       (2) The covered "auto's" overturn.

***

    **c. Collision Coverage**

       Caused by:

       (1) The covered "auto's" collision with another object; or

(2) The covered "auto's" overturn.

***

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

***

**3.** We will not pay for "loss" due and confined to:

    **a.** Wear and tear, freezing, mechanical or electrical breakdown.

***

## SECTION IV – BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

***

## B. General Conditions

***

### 2. Concealment, Misrepresentation Or Fraud

This coverage form is void in any case of fraud by you at any time as it relates to this coverage form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

    a. This coverage form;
    b. The covered "auto";
    c. Your interest in the covered "auto"; or
    d. A claim under this coverage form.

***

## SECTION V – DEFINITIONS

**J.** "Loss" means direct and accidental loss or damage

***

The Policy's physical damage only applies to "direct and accidental loss or damage." The Policy's physical damage coverage does not apply to damages confined to wear and tear or mechanical breakdown, the policy does not provide coverage. The Policy does not apply if material facts of the claim were concealed or misrepresented by Plaintiff. The Liability coverage of the policy does not apply as the 2014 Dodge at issue is owned by the Plaintiff.

National Liability & Fire Insurance Company reserves the right to amend and assert any rights available under the policy. Nothing in this answer is intended to constitute a waiver of any policy term or condition.

### D. Lack of Coverage Precludes Extra-Contractual Liability

The existence of coverage for the underlying insurance claim is mandatory to establish the basis of Plaintiff's claims for common-law "bad faith" and violations of the Texas Unfair Claim Settlement Practices Act[1]. Because Plaintiff's allegations are generally based upon National Liability & Fire Insurance Company's alleged failure to pay policy benefits, the absence of coverage for Plaintiff's underlying insurance claim precludes Plaintiff's extra-contractual claims against National Liability & Fire Insurance Company arising out of those allegations.

### E. Bona Fide Controversy/Reasonable Basis

As to all of Plaintiff's extra-contractual claims alleging violations of the Texas Insurance Code, and any other extra-contractual claims, National Liability & Fire Insurance Company would show that a *bona fide* controversy existed and continues to exist concerning Plaintiff's entitlement to insurance benefits, such as to preclude extra-contractual liability, including, but not limited to, the preclusion of damages provided for in TEX. INS. CODE § 541.152.

### F. Damage Limitation

Plaintiff's damages, if any, are limited by the amount set forth in the policy limitations provisions of the applicable insurance policy.

### G. Credit/Offset

In the event Plaintiff prevails on all or part of its claims against National Liability & Fire Insurance Company, National Liability & Fire Insurance Company is entitled to a credit for all amount already paid by any party or entity to Plaintiff for the damages that are the subject of this suit. National Liability & Fire Insurance Company is entitled to a credit or offset for all policy

---

[1] TEX. INS. CODE Chapter 541

benefits paid to Plaintiff for the claims under the National Liability & Fire Insurance Company policy.

### H.  Due Process

To the extent Plaintiff prays for punitive damages, National Liability & Fire Insurance Company invokes its rights under the due process clause of the Fifth Amendment of the United States Constitution as applied to the states through the Fourteenth Amendment of the United States Constitution.   National Liability & Fire Insurance Company affirmatively pleads that Plaintiff's pleading of punitive and/or exemplary damages violates the due process clauses of the Fifth and Fourteenth Amendments of the United States Constitution.

### I.  Punitive Damages Limitation.

With respect to Plaintiff's claim for damages, any award of punitive damages must be limited to the greater of:  (1) two times the amount of economic damages plus an amount equal to any non-economic damages found by the jury, not to exceed $750,000; or (2) two times the amount of economic damages plus $200,000, pursuant to the statutory mandates of TEX. CIV. PRAC. & REM. CODE §§ 41.002-41.009, as well as all other statutory damage caps provided by law.

### J.  Failure to Mitigate/Contribution

Plaintiff is barred from recovering any damages from National Liability & Fire Insurance Company, in whole or in part, due to Plaintiff's failure to mitigate the alleged damages and contribution to the alleged damages.

### K.  Reservation of Rights

National Liability & Fire Insurance Company reserves the right to amend and/or supplement its answer to assert additional coverage defenses.

**WHEREFORE, PREMISES CONSIDERED**, Defendant National Liability & Fire Insurance Company prays that upon final hearing hereon, Plaintiff takes nothing, and that this Defendant be discharged hence without day, to recover all costs expended on its behalf, and for such other and further relief, both general and special, both at law and in equity, to which Defendant National Liability & Fire Insurance Company may show itself justly entitled.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: */s/ R. Brent Cooper*

**R. BRENT COOPER**
State Bar No. 04783250
Brent.cooper@cooperscully.com
**ELLIOTT T. COOPER**
State Bar No. 24069534
Elliott.Cooper@cooperscully.com

Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone:  (214) 712-9500
Telecopy:  (214) 712-9540

**ATTORNEYS FOR DEFENDANT
NATIONAL LIABILITY & FIRE
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was forwarded to all counsel of record herein via E-File/E-Serve, on this the 24th day of January, 2025.

*/s/ R. Brent Cooper*
**R. BRENT COOPER**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gina Cox on behalf of Richard Cooper
Bar No. 4783250
gina.cox@cooperscully.com
Envelope ID: 96567578
Filing Code Description: Answer/Response
Filing Description: Defendant National Liability & Fire Insurance
Company's Original Answer to Plaintiff's Original Petition
Status as of 1/24/2025 1:11 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Frederick Dunbar | 24025336 | Rickdunbar2013@gmail.com | 1/24/2025 11:44:15 AM | SENT |
| R. BrentCooper | | brent.cooper@cooperscully.com | 1/24/2025 11:44:15 AM | SENT |
| Elliott Cooper | | elliott.cooper@cooperscully.com | 1/24/2025 11:44:15 AM | SENT |
| Gina Cox | | gina.cox@cooperscully.com | 1/24/2025 11:44:15 AM | SENT |